## 33471. THE STATE v. LOVE.

ORDER OF COURT.

Upon further consideration of the application for writ of certiorari filed in this case, it is ordered that it be dismissed as improvidently granted.

*All the Justices concur, except Hill, Bowles and Marshall, JJ., who dissent.*

ORDERED MAY 18, 1978.

HILL, Justice, dissenting.

I dissent from the dismissal of certiorari for the reasons stated in my concurring opinions in *Brown v. Ricketts,* 235 Ga. 29 (218 SE2d 785) (1975), and *Yates v. Brown,* 235 Ga. 391 (219 SE2d 729) (1975), and my dissenting opinions in *Mikle v. State,* 236 Ga. 748 (225 SE2d 275) (1976), and *State Board of Corrections v. Smith,* 238 Ga. 565 (233 SE2d 797) (1977). See also Strickland v. Hopper, 571 F2d 275 (5th Cir. 1978). I would not grant this escapee a new trial. While seeking relief pursuant to the rules, a defendant should abide by the rules.

# CORRECTIONS

Page 178, 23rd line: Substitute "Brissette" for "Brissett."

Page 274, 15th from last line: Substitute "change" for "charge."

Page 331, 18th line: Substitute "Andersen" for "Anderson."

Page 340, 8th line: Substitute in reference to Acts 1947, "p. 1749" for "749."

Page 371, 28th line: Substitute "315" for "327:"

Page 406, 6th line: Substitute "Judge Oliver" for "Judge Cheatham."

Page 412, 8th line: Substitute "109A-3—413" for "109A-4—413."